IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                                                 **PLAINTIFF**

V.                                       No. 4:23-CV-00776-BRW

**MACARTHUR PROPERTIES, LLC**                                                      **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff alleges that Defendant has not returned $1,300 of rent money. He asserts that this case involves "federal law" and that Defendant's actions violate the Fourth Amendment.[2]

Only a state actor can be liable for a Fourth Amendment violation.[3] Plaintiff does not allege, nor does it appear, that Defendant – his landlord – is a state actor.

Accordingly, this case is DISMISSED for failure to state a claim. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 23rd day of August, 2023.

                                      Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.

[3] *American Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 49-50 (1999) (holding that to state a claim under § 1983, the complaint must allege that a person acting under the color of state law deprived the plaintiff of a constitutional or statutory right).