# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                                                    **PLAINTIFF**

**V.**                                          **No. 4:23-CV-00776-BRW**

**MACARTHUR PROPERTIES, LLC**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED for failure to state a claim.

IT IS SO ORDERED, this 23rd day of August, 2023.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE